IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK J. ELLERBE,**     Plaintiff, | : :  : |
| v. | : : **CIVIL ACTION NO. 23-CV-0407** |
| **JUDICIAL COUNCIL FOR THE THIRD CIRCUIT,** *et al.*,     Defendants. | : : : : |

### ORDER

AND NOW, this 22nd day of February, 2023, upon consideration of Plaintiff Derrick J. Ellerbe's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Motion for Leave of Court for Service of Process (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to close this case.

5. There are no grounds for certificate of appeal.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
MICHAEL M. BAYLSON, J.